IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 3:00CR041A |
| | ) | |
| WILLIAM OWEN RAY, JR. | ) | |

## ORDER AND OPINION ON ORAL MOTION FOR
## RELEASE FROM DETENTION PENDING REVOCATION HEARING

Pursuant to the Defendant's oral motion under Fed. R. Crim. P. 32.1, made at his initial appearance on May 10, 2005, for RELEASE pending his revocation hearing for violation of his supervised conditions of release , on May 16, 2005, the court conducted a detention hearing in accordance with the Bail Reform Act, 18 U.S.C. § 3142(f).

### Part I - Findings of Fact

The evidence presents a serious risk that the defendant will not appear as required as well as

as a serious risk that the defendant will endanger the safety of  another person or the community.

### Part II - Written Statement of Reasons for Detention

Since February 13, 2004,  the defendant has been on a five-year term of supervised release after completing a 53-months' term of imprisonment initially imposed on August 16, 2000, for possession with intent to distribute methamphetamine.  Based on the undisputed testimony of probation officer James Chappell,  the court found probable cause to believe that he has violated a special condition of supervision which mandated his participation in drug testing.  Though the defendant reported as directed on April 18, 2005, for drug sampling, he reported with an adulterated urine sample in a small bottle taped to his groin area.  The probation officer observed. and secured the bottle.

The evidence is compelling that the defendant remains addicted  to methamphetamine and thus presents a danger to himself and others in  the community.  He admitted his use on April 26,

2005, after having tested positive on March 30, 2005, and on July 8, 2004.  His supervision has included participation in an outpatient drug treatment program.  Based on his second positive test for methamphetamine use, on March 30, 2004, the Court modified his release conditions on April 11, 2004, to order his residence in a community corrections facility for a term of six months.  He was awaiting placement when he reported with the adulterated urine sample on April 28, 2005.  Because he is now facing not only a certain confinement for six months but the prospect of additional prison term for his repeat violation, there is a serious risk that this defendant will not appear for further proceedings. Moreover, the testimony of his wife – with whom he has resided since his release from prison – is clear that she has been unaware of his meth use and is thus helpless to monitor him effectively.  The Court has not been presented on the record conditions of release which will reasonably assure the defendant's appearance and that he will not endanger the community pending a proceeding to revoke his supervised release and impose custodial terms.   The sentencing judge has already scheduled his revocation hearing for May 20, 2005.

### Part III - Directions Regarding Detention

Pending his scheduled hearing on May 20, 2005, the defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Done this 17th day of May, 2005.

**/s/ Delores R. Boyd**
DELORES R.  BOYD
UNITED STATES MAGISTRATE JUDGE

2